IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALFRED WOODS,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

Case No.  5D23-253
LT Case No. 88-CF-14837-B

_____/

Opinion filed April 18, 2023

3.850 Appeal from the Circuit
Court for Duval County,
Tatiana Salvador, Judge.

Alfred Woods, Lake City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Virginia Chester
Harris, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED. *See Woods v. State*, 335 So. 3d 1259, 1260 (Fla. 1st

DCA 2022) (citing *State v. Michel*, 257 So. 3d 3, 8 (Fla. 2018)).


WALLIS, KILBANE and MACIVER, JJ., concur.